**SHA-1 Hash:** BC2FB2F0B4C21041E44FF3ED68364E5365D0856D **Title:** Wild Things
**Rights Owner:** Malibu Media, LLC

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.38.248.220 | 10/27/2012 18:26:24 | Jersey City | NJ | Comcast Cable | BitTorrent |
| 2 | 68.39.105.65 | 10/12/2012 23:04:24 | Montclair | NJ | Comcast Cable | BitTorrent |
| 3 | 68.44.127.110 | 10/03/2012 21:04:09 | Sicklerville | NJ | Comcast Cable | BitTorrent |
| 4 | 69.141.42.205 | 10/04/2012 23:06:09 | Jersey City | NJ | Comcast Cable | BitTorrent |
| 5 | 69.142.196.135 | 10/05/2012 03:38:13 | Egg Harbor Township | NJ | Comcast Cable | BitTorrent |
| 6 | 69.142.60.104 | 10/12/2012 04:35:10 | Brick | NJ | Comcast Cable | BitTorrent |
| 7 | 69.142.93.157 | 10/15/2012 02:11:46 | Somerset | NJ | Comcast Cable | BitTorrent |
| 8 | 69.248.43.147 | 10/04/2012 04:37:20 | Linden | NJ | Comcast Cable | BitTorrent |
| 9 | 71.226.202.252 | 10/17/2012 07:43:01 | Woodbury | NJ | Comcast Cable | BitTorrent |
| 10 | 76.117.209.50 | 10/04/2012 11:18:32 | Monroe Township | NJ | Comcast Cable | BitTorrent |
| 11 | 98.221.218.149 | 11/01/2012 01:49:05 | Flemington | NJ | Comcast Cable | BitTorrent |

EXHIBIT A

CNJ36