Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-11,<br>    Defendants. | Civil Action No. 2:12-cv-07726-KM-MAH<br><br>**NOTICE OF MOTION** |

Notice is given that on February 4, 2013, in Courtroom PO 03, United States Courthouse, 50 Walnut Street, Newark, New Jersey, 07101, before the Honorable Kevin McNulty, at 9:30 AM of that day or as soon thereafter as counsel can be heard, that Plaintiff Malibu Media, LLC will move the Court for an order granting it leave to serve third party subpoenas prior to a Rule 26(f) conference as more fully appears from the accompanying Declaration of Patrick J. Cerillo, Declaration of Tobias Fieser, and Memorandum of Law.

The motion will be made on the grounds that the order is necessary to obtain the true identities of Defendants John Does 1 – 11.

Dated: January 11, 2013

1

Respectfully submitted,

By:    /s/ *Patrick J. Cerillo*
        Patrick J. Cerillo, Esq.
        Patrick J. Cerillo, LLC
        4 Walter Foran Blvd., Suite 402
        Flemington, NJ 08822
        T: (908) 284-0997
        F: (908) 284-0915
        pjcerillolaw@comcast.net
        *Attorneys for Plaintiff*

2