Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>JOHN DOES 1-11,<br>           Defendants. | Civil Action No. 2:12-cv-07726-KM-MAH |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 2 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 2 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 2 was assigned the IP Address 68.39.105.65. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 2 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: March 6, 2013

                                              Respectfully submitted,

                                              By:   */s/ Patrick J. Cerillo*

Patrick J. Cerillo, Esquire
pjcerillolaw@comcast.net
Attorney At Law
4 Walter Foran Boulevard, Suite 402
Flemington, NJ 08822
Phone: 908-284-0997
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Patrick J. Cerillo*_
Patrick J. Cerillo, Esq.