Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-11,<br>    Defendants. | Civil Action No. 2:12-cv-07726-KM-MAH |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF JOHN DOE 3 ONLY</u>**

  **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 3 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 3 was assigned the IP Address 68.44.127.110. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 3 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

  Dated: March 13, 2013

                     Respectfully submitted,

                     By:  /s/ *Patrick J. Cerillo*

1

Patrick J. Cerillo, Esquire  
pjcerillolaw@comcast.net  
Attorney At Law  
4 Walter Foran Boulevard, Suite 402  
Flemington, NJ 08822  
Phone: 908-284-0997  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*  
Patrick J. Cerillo, Esq.