Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOES 1-11,<br>      Defendants. | Civil Action No. 2:12-cv-07726-KM-MAH |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE 7 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 7 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 7 was assigned the IP Address 69.142.93.157. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 7 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: March 27, 2013

                 Respectfully submitted,

                 By:  */s/ Patrick J. Cerillo*

1

                              Patrick J. Cerillo, Esquire
                              pjcerillolaw@comcast.net
                              Attorney At Law
                              4 Walter Foran Boulevard, Suite 402
                              Flemington, NJ 08822
                              Phone: 908-284-0997
                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 27, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                              By: /s/ *Patrick J. Cerillo*
                              Patrick J. Cerillo, Esq.