Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-11,<br><br>                    Defendants. | Civil Case No. 2:12-cv-07726-KM-MAH |

NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF ALL JOHN DOE DEFENDANTS</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 4, 5, 6, 8, 9, 10, and 11 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 68.38.248.220, 69.141.42.205, 69.142.196.135, 69.142.60.104, 69.248.43.147, 71.226.202.252, 76.117.209.50, and 98.221.218.149, respectively. Plaintiff received the names and identifying information of the Defendants in this case and is unable to coordinate service of process to properly serve these Defendants prior to the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Providers and will re-file and serve each

Doe Defendant if it deems necessary. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment[1].

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 18, 2013

                                          Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
       Patrick J. Cerillo, Esq.
       Patrick J. Cerillo, LLC
       4 Walter Foran Blvd., Suite 402
       Flemington, NJ 08822
       T: (908) 284-0997
       F: (908) 284-0915
       pjcerillolaw@comcast.net
       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By:   /s/ *Patrick J. Cerillo*
       Patrick J. Cerillo, Esq.

---

[1] Defendant John Doe 6 filed a document titled "Defendant's First Answer to Plaintiff's Complaint" [CM/ECF 13]. This document however does not constitute an answer under Fed. R. Civ. P. 12(a), as the Defendant has not been served with process.